IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

Trustees of the NEW MEXICO PIPE TRADES
HEALTH & WELFARE TRUST FUND; Trustees
of the NEW MEXICO PIPE TRADES JOINT
APPRENTICESHIP TRUST FUND; Trustees of
the NEW MEXICO PIPE TRADES PENSION
PLAN B TRUST FUND; Trustees of the
PLUMBERS & PIPEFITTERS NATIONAL
PENSION PLAN; Trustees of the
INTERNATIONAL TRAINING TRUST FUND,
and BUILD NEW MEXICO,

        Plaintiffs,

vs.                                                                 No. CIV 14-0570 JB/GBW

GRANT & ASSOCIATES MECHANICAL,
INC., a New Mexico Corporation,

        Defendant.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on the Default Judgment, filed November 9, 2015 (Doc. 11).  In the Default Judgment, the Court granted the Complaint for Delinquent Contributions under ERISA §§ 502 and 515 and for Injunctive Relief for Breach of Collective Bargaining Agreement, filed June 20, 2014 (Doc. 1)("Complaint"), because Defendant Grant & Associates Mechanical, Inc. did not appear and did not file a response to the Complaint.  See Default Judgment at 1-2.  The Court therefore entered default judgment pursuant to rule 55(a) of the Federal Rules of Civil Procedure against Grant & Associates for the amount of $165,915.69, plus pre- and post-judgment interest at the highest rate that the law allows.  See Default Judgment at 6.

      **IT IS ORDERED** that final judgment is entered, and this action is dismissed.


_____
UNITED STATES DISTRICT JUDGE

*Counsel:*

William G. Walker
Walker & Van Heijenoort, P.C.
Albuquerque, New Mexico

    *Attorney for the Plaintiffs*